JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000
  Fax: (415) 436-6748

ORIGINAL FILED
E-filing
JUL 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for the United States of America

PJH

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08  3152

UNITED STATES OF AMERICA and
DAVID PALMER, Revenue Officer,

    Petitioners,

    v.

JEANETTE E. BRUNO,

    Respondent.

NO.

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES

    Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **DAVID PALMER**, allege and petition as follows:

    1.    This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

    2.    Petitioner **DAVID PALMER** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

///

3. Petitioner **DAVID PALMER** is and at all times mentioned herein was attempting in the course of authorized duties to ascertain the assets and liabilities of **JEANETTE BRUNO** in order to collect the unpaid tax liabilities of **JEANETTE BRUNO**.

4. Petitioner **DAVID PALMER** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records under the control of or possessed by respondent which are relevant and material to attempt to ascertain the assets and liabilities of **JEANETTE BRUNO**, for purposes of collecting the unpaid federal income tax liabilities of Jeanette Bruno for the tax years 1993 through 2006, inclusive.

5. Respondent **JEANETTE BRUNO** last known address is 498 Montecillo Drive, Walnut Creek, California, which is within the venue of this Court.

6. Petitioner **DAVID PALMER** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On January 30, 2008, in accordance with law, petitioner **DAVID PALMER** served two summonses on respondent **JEANETTE BRUNO** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving attested copies of the summonses at the last and usual place of abode of the respondent **JEANETTE BRUNO**. The requirements of said summonses are self-explanatory, and a true copy thereof is attached hereto as <u>Exhibit A</u> and is hereby incorporated by reference as a part of this petition.

8. The items sought by the summonses described in paragraph 7 above are relevant to and can reasonably be expected to assist in collection of the federal income tax liabilities of **JEANETTE BRUNO** for the tax years 1993 through 2006, inclusive. It was and now is essential to completion of petitioner's inquiry regarding collection of **JEANETTE BRUNO's** tax liabilities that respondent produce the items demanded by said summons.

9. The respondent did not appear on March 18, 2008, as required by the summonses.

///

10. On May 1, 2008, the Office of Chief Counsel sent a letter to **JEANETTE BRUNO** informing her of her failure to comply with the summonses and instructing her to appear before **DAVID PALMER** on May 27, 2008. The letter stated that **JEANETTE BRUNO** was to bring with her to that meeting all records and documents specified in the summonses. See Exhibit B.

11. **JEANETTE BRUNO** failed to appear on May 27, 2008, as stated in the letter referred to in paragraph 10. **JEANETTE BRUNO** has not responded to the May 1, 2008 letter.

12. As of the date of this petition, the respondent has failed to comply with the summonses.

13. As of the date of this petition, the respondent has failed to comply with the May 1, 2008 letter requesting her compliance with the summonses.

14. All administrative steps required by the Internal Revenue Code for issuance of the summonses have been taken.

15. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summonses.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summonses as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **DAVID PALMER** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

///
///
///
///

C.  That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Cynthia Stier

CYNTHIA STIER
Assistant United States Attorney
Tax Division

# Summons



In the matter of  Jeanette E. Bruno, 498 Montecillo Drive, Walnut Creek, CA 94595-2304
Internal Revenue Service (Division): SB/SE Field Collection ATAT
Industry/Area (name or number): SB/SE Field Collection ATAT - Laguna Territory 6 Area
Periods: The periods ending December 31, 1993; December 31, 1994; December 31, 1995 and December 31, 1996

### The Commissioner of Internal Revenue

To:  Jeanette E. Bruno
At:  498 Montecillo Drive, Walnut Creek, CA 94595-2304

You are hereby summoned and required to appear before David Palmer, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period January 15, 2007 to January 15, 2008, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared.  A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

1301 Clay Street, Suite: 1040 South, Oakland, CA 94612   510-637-2641

**Place and time for appearance at**   1301 Clay Street, Suite: 1040 South, Oakland, CA 94612

on the  18th  day of  March , 2008  at  10:01  o'clock  A  m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this 28th day of January, 2008

_Signature of Issuing Officer_       Revenue Officer
                                     Title

_Signature of Approving Officer (if applicable)_    Title

EXHIBIT  A

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

**Date:** January 30th, 2008    **Time:** 2:00 PM

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Placed in envelope on for car_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

**Signature:** [signed]    **Title:** Revenue Officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

**Date of giving Notice:** _____    **Time:** _____

**Name of Noticee:** _____

**Address of Noticee (if mailed):** _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any):

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

**Signature:** [signed]    **Title:** Revenue Officer

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

**Signature:** _____    **Title:** _____

Form 2039 (Rev. 12-2001)



# Summons

In the matter of _Jeanette E. Bruno, 498 Montecillo Drive, Walnut Creek, CA 94595-2304_
Internal Revenue Service (Division): **SB/SE Field Collection ATAT**
Industry/Area (name or number): **SB/SE Field Collection ATAT - Laguna Territory 6 Area**
Periods: **See attachment for Period Information**

## The Commissioner of Internal Revenue

To: _Jeanette E. Bruno_
At: _498 Montecillo Drive, Walnut Creek, CA 94595-2304_

You are hereby summoned and required to appear before David Palmer, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **See attachment for Period Information**, including but not limited to: statement of wages for the year(s) **See attachment for Period Information**, statements regarding interest or dividend income for the year(s) **See attachment for Period Information**; employee earnings statements for the year(s) **See attachment for Period information**; records of deposits to bank accounts during the year(s) **See attachment for Period Information**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **See attachment for Period Information** (for which year(s) no return have been made) may be determined.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

_1301 Clay Street, Suite: 1040 South, Oakland, CA 94612   510-637-2641_

**Place and time for appearance at** _1301 Clay Street, Suite: 1040 South, Oakland, CA 94612_

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the _18th_ day of _March_, _2008_ at _10:01_ o'clock _A_ m.

Issued under authority of the Internal Revenue Code this _28th_ day of _January_, _2008_

_[signature]_
Signature of Issuing Officer

Revenue Officer
Title

Signature of Approving Officer *(if applicable)*

Title

Original — to be kept by IRS

## Attachment to Summons Form 2039

In the matter of **Jeanette E. Bruno**

Period information: The periods ending December 31, 1997; December 31, 1998; December 31, 1999; December 31, 2000; December 31, 2001; December 31, 2002; December 31, 2003; December 31, 2004; December 31, 2005 and December 31, 2006.



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| January 30, 2008 | 2:00 PM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Pharl in envelope, On Forrechr._

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| [signed] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)



**OFFICE OF
CHIEF COUNSEL**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX: (415) 227-5159

MAY 0 1 2008

CC:SB:7:SF:3:GL-120371-08
EGiometti

Jeanette E. Bruno
498 Montecillo Drive
Walnut Creek, CA 94595

Date Summons served: January 30, 2008
Appearance date as specified in summons: March 18, 2008
Taxpayer's name: Jeanette E. Bruno

Dear Ms. Bruno:

The Northern California Internal Revenue Service Office has notified our office that you did not provide testimony and produce documents, as required by the two summonses served on you on January 30, 2008, with respect to collection of your income tax liabilities for the tax years ended December 31, 1993, December 31, 1994, December 31, 1995, and December 31, 1996, and with respect to the taxable income received by you for the tax years ended December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005 and December 31, 2006. The aforesaid testimony and documents are summoned pursuant to the authority of the Internal Revenue Code Section 7602, et seq., a copy of which is enclosed for your information.

Legal proceedings may be brought against you in the United States District Court for your failure to comply. To avoid such proceedings, you should meet with Revenue Officer David Palmer on the date, and at the time and place shown below. Please bring with you all records and documents specified in the summonses. Copies of the summonses are enclosed to assist you in complying with their requirements.

If you have any questions, please contact Revenue Officer Palmer at the address or telephone number given below.

Sincerely,

Emily Giometti
Attorney (San Francisco)
(Small Business/Self-Employed)
Tax Court Bar No. GE0326

EXHIBIT B

INITIAL COPY

|  |  |
|---|---|
| Date of your appointment: | Tuesday May 27, 2008 |
| Time: | 10:01 a.m. |
| Address: | 1301 Clay Street, 10th Floor, Suite 1040-South |
|  | Oakland, CA 94612 |
| Revenue Officer: | David Palmer |
| Phone: | (510) 637-2641 |

Enclosures (2)
    copy of summons for tax years 1993 through 1996
    copy of summons for tax years 1997 through 2006
    copy of Internal Revenue Code Section 7602, et seq.

cc:    Revenue Officer David Palmer
        1301 Clay Street, Suite 1040-South
        Oakland, CA 94612

## VERIFICATION

1  I, **DAVID PALMER**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

2  I am a duly employed Revenue Officer in the Oakland, California office of the Internal

3  Revenue Service of the United States Treasury Department. I am one of the petitioners making

4  the foregoing petition. I have read and know the entire contents of the foregoing petition, and all

5  statements of fact contained in said petition are true to the best of my own personal knowledge

6  and recollection, and as to those facts stated upon information and belief, I believe them to be

7  true. I declare under penalty of perjury that the foregoing is true and correct.

8  Executed on June 30, 2008 in Oakland, California.

9

10

11

12                                                              _____
13                                                              DAVID PALMER
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

%JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
JEANETTE E. BRUNO

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  ALAMEDA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

E-filing

(c) Attorney's (Firm Name, Address, and Telephone Number)

CYNTHIA L. STIER, AUSA, TAX DIVISION
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102
(415) 436-7000

Attorneys (If Known)

13

C08-3152 PJH

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | | | [X] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Summons Enforcement

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[ ] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE  6/26/08
SIGNATURE OF ATTORNEY OF RECORD
CYNTHIA L. STIER, AUSA, TAX DIVISION   /s/ Cynthia Stier