**RECEIVED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

PJH

CV 08 3152

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>JEANETTE E. BRUNO,<br><br>Respondent. | NO.<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES** |

   Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on _____, 2008, it is hereby:

   **ORDERED** that respondent Jeanette Bruno appear before this Court on the _____ day of _____, 2008, at ____.m., in Courtroom No. _____, _____ Floor, United States District Court, _____, _____, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

   **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further