JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Fax: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer, <br><br>    Petitioners, <br><br>  v. <br><br>JEANETTE E. BRUNO, <br><br>    Respondent. | NO. C-08-03152-PJH <br><br> DECLARATION OF PAUL ENJALRAN <br> <u>RE PROOF OF SERVICE</u> |

I, Paul Enjalran, pursuant to 28 U.S.C. § 1746, declare and state as follows:

    1.    I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury.

    2.    On July 17, 2008, at approximately 2:55 p.m., I personally served a copy of the Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Order To Show Cause Re Enforcement of Internal Revenue Services Summons, and the Case Management Conference Order, together with other documents from the Court, on Jeanette E. Bruno at 498 Montecillo Drive, Walnut Creek, CA 94595-2304.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on 23rd day of July, 2008, at Oakland, California.

                                                              PAUL ENJALRAN