UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** August 27, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-3152 PJH

**Case Name:** United States of America, et al. v. Jeanette Bruno

**Attorney(s) for Plaintiff:**     Cindy Stier
**Attorney(s) for Defendant:**    No appearance

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Sahar McVickar

**PROCEEDINGS**

    Order to Show Cause Re: Enforcement of IRS Summonses-Held. David Palmer the revenue officer also appears. The court approves the proposed order enforcing summonses.

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file