```
JOSEPH RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7010
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and DAVID PALMER, Revenue Officer<br><br>    Petitioners,<br><br>    v.<br><br>JEANETTE BRUNO,<br><br>    Respondent. | No. C08-03152 PJH<br><br>APPLICATION AND [~~proposed~~] ORDER OF DISMISSAL |

Petitioners, United States of America and David Palmer, Revenue Officer, hereby advise the Court that respondent, Jeanette Bruno, has complied with the Internal Revenue Service summons and request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

                                          Respectfully submitted,

                                          JOSEPH RUSSONIELLO
                                          United States Attorney

Dated: *December 11, 2008* :      */s/ Cynthia Stier*
                                          CYNTHIA STIER
                                          Assistant U.S. Attorney

                                          Attorneys for the United States of America

//

**ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

Dated: 12/12/08



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

**Application and [proposed]
Order of Dismissal,
United States, et al. v. Bruno,
Case No. C08-03125 PJH**                2